■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD F. BROWN, Appellant. [887 NYS2d 915]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered October 17, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASTIN BENTON, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Monroe County Court (Thomas R. Morse, A.J.), rendered April 13, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.